09-2118-cv
Deniran v. Mattingly

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand and ten.

PRESENT: AMALYA L. KEARSE,
         RICHARD C. WESLEY,
              *Circuit Judges*,
         PAUL A. CROTTY,
              *District Judge*.[*]

-------------------------------------------------

DIEMIRUAYA OGHENEAKPOR DENIRAN, MICHAEL E. NOAK JR., SHATINA UNIQUE FREEMAN, JULIET N. SMALL,

                    *Appellants*,

    -v.-                                    09-2118-cv

JOHN B. MATTINGLY, Commissioner of New York City's Administration for Children's Services, MICHAEL R. BLOOMBERG, Mayor of the City of New York, RAYMOND W. KELLY, Commissioner of the New York City Police Department, MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, CHELSEA COFER, Child Protective Specialist New York City Child Services, CLYDE CLARK, Child Protective Manager New

-------------------------------------------------

[*] The Honorable Paul A. Crotty, of the United States District Court for the Southern District of New York, sitting by designation.

York City Child Services, SGT. MURPHY,
New York City Police Department, DETECTIVE
TOSI, New York City Police Department,
TIFFANY GOLDBERG, Social Worker, Woodhull
Medical & Mental Health Center, PARK SLOPE
CHRISTIAN HELP, SARAH HARBUTT, Park Slope
Christian Help, OLIVETTE CASEY,

*Appellees.***

---

FOR APPELLANTS:      DIEMIRUAYA OGHENEAKPOR DENIRAN,
                     MICHAEL E. NOAK JR., SHATINA UNIQUE
                     FREEMAN, JULIET N. SMALL, *pro se*,
                     New York, NY.

FOR APPELLEE CASEY:  JAMES L. FRANKLIN, New York, NY.

FOR CITY APPELLEES:  KAREN M. GRIFFIN, New York City Law
                     Department, New York, NY.

Appeal from the United States District Court for the Southern District of New York (Sullivan, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the United States District Court for the Southern District of New York be **AFFIRMED.**

Appellants appeal from the March 31, 2009 judgment of the United States District Court for the Southern District of New York, dismissing their complaint. Appellants' complaint, brought pursuant to 42 U.S.C. § 1983, alleged violations of their constitutional rights, stemming from an investigation by the New York City Administration for

---

** The Clerk of the Court is respectfully directed to amend the official caption as set forth above.

2

Children's Services.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.  We affirm for all of the reasons stated in the thorough and well-reasoned opinion of the district court.

We have considered all of appellants' arguments on appeal and find them to be without merit.  Accordingly, the judgment of the district court is hereby **AFFIRMED.**

```
                                  FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk
```